# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JENNIFER MONDELLO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICF TECHNOLOGY, INC.,<br>ACCRETIVE TECHNOLOGY GROUP, INC.,<br><br>Defendants. | Civil Action No.:<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CONSENT TO BECOME PARTY PLAINTIFF

I consent pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned action. I agree to be represented by McOmber McOmber & Luber, P.C. I understand that I will be bound by the judgment of the Court on all issues in this case, including the fairness of any settlement.

**Signature:** *[signature: Jennifer Mondello]*
**Name (Print):** Jennifer Mondello
**Date:** 04/05/24

**PLEASE RETURN TO:**

Charles J. Kocher, Esq. (*pro hac vice* application pending) (NJ ID 016952004)
Tyler J. Burrell, Esq. (*pro hac vice* application pending) (NJ ID 377942021)
Gaetano J. DiPersia, Esq. (*pro hac vice* application pending) (NJ ID 442152023)
McOMBER McOMBER & LUBER, P.C.
50 Lake Center Drive, Suite 400
Marlton, NJ 08053
(856) 985-9800 Phone
cjk@njlegal.com
tjb@njlegal.com
gjd@njlegal.com