# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JENNIFER MONDELLO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICF TECHNOLOGY, INC.,<br>ACCRETIVE TECHNOLOGY GROUP, INC.,<br><br>Defendants. | Civil Action No.: 8:24-CV-01037 |

## CONSENT ORDER

**THIS MATTER** having come before this Court jointly by the undersigned counsel for Plaintiff Jennifer Mondello on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, ICF Technology, Inc. and Accretive Technology Group, Inc. ("Defendants"), for a Consent Order authorizing the form and manner of notice to the FLSA Collective following this Court's January 16, 2025 Order granting Plaintiff's Motion for Conditional Certification. ECF No. 51.

**WHEREAS** the content of Notice fairly and accurately describes the litigation. The Notice informs conditionally certified FLSA Collective members

about the case, how they are affected, and provides detailed information separated by headings. The content of the Notice is easy to read and written in plain English, informing the members of their rights and how they can elect to participate in the action. The Notice also describes the legal effect of joining the suit; describes the legal effect of not joining the suit; notes that the Court expresses no opinion regarding the merits of Plaintiff's claims or Defendants' defenses; and accurately states the prohibition against retaliation in an FLSA action. The Notice also provides recipients with Plaintiff's counsel's contact information and website.

**WHEREAS** Defendants will produce the member list and certain contact information of the conditionally certified FLSA Collective to counsel for Plaintiffs subject to the Stipulated Confidentiality Order (ECF No. 31-1) 14 days from entry of this Consent Order;

**WHEREAS** the method of notice shall be U.S. mail and electronic mail;

**WHEREAS** the putative FLSA Collective members will have sixty (60) days from the postmark date to transmit their consent to join forms to the notice provider;

**WHEREAS** the notice provider, as agreed by the Parties, shall be Angeion Group, https://www.angeiongroup.com/;

**WHEREAS**, given the subject matter of this litigation, the Parties have agreed that the consent to join forms that will be filed with the Court shall only contain the first and last initials of the member's name, while the full name, contact

and other identifying information, and signature shall be contained on a separate form to be maintained by the Parties and Angeion[1];

**IT IS SO ORDERED** that upon consideration of the attached Proposed FLSA Notice and Notice of Consent to Join to Become a Party Plaintiff ("Exhibit A"), the Court authorizes the method, timing, and content of the Notices and authorizes their dissemination as soon as practicable.

**ORDERED** in Tampa, on February 6, 2025.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants believe that the unique confidentiality considerations of putative collective members in this case warrant protecting their identity in the public record, and that this approach is supported by *Doe 1 v. Banc, Jack & Joe, LLC*, 2018 WL 7254693, at *3 (D.N.J. Nov. 21, 2018); *see also*, *Jane Roes 1-2 v. SFBSC Mgmt., LLC,* 77 F. Supp. 3d 990 (N.D. Cal. 2015) (allowing consents to be filed under seal). Plaintiffs do not oppose Defendants' request.

3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JENNIFER MONDELLO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICF TECHNOLOGY, INC., ACCRETIVE TECHNOLOGY GROUP, INC.,<br><br>Defendants. | Civil Action No.: 8:24-CV-01037 |

**NOTICE OF YOUR RIGHTS IN CONNECTION WITH A LAWSUIT AGAINST ICF TECHNOLOGY, INC. AND ACCRETIVE TECHNOLOGY GROUP, INC. FOR ALLEGED FEDERAL WAGE AND HOUR VIOLATIONS**

*A federal district court has authorized this Notice. This is not a solicitation from a lawyer. Nothing in this Notice is intended as an expression of the Court's opinion about the merits of Plaintiffs' claims or about whether you should join this lawsuit.*

> **IMPORTANT DEADLINE:**
> **You Must Take Action by [insert date 60 days from postmark]**

PLEASE READ THIS NOTICE CAREFULLY. IT MAY AFFECT YOUR LEGAL RIGHTS.

- A performer ("Plaintiff") who streamed for Streamate, a website operated by ICF Technology, Inc. ("ICF Technology") and Accretive Technology Group, Inc. ("Accretive") (collectively "Defendants"), sued the companies alleging that Defendants violated the law by failing to pay performers in the State of Florida minimum wage and for all hours worked on Streamate. Plaintiff alleges Defendants improperly classified its performers as independent contractors rather than as employees, and as a result, Plaintiff and the other performers in Florida were deprived of wages for the "free chat" and that they were forced to improperly share a percentage of their tips with Defendants. Defendants deny these allegations and assert that Plaintiff and all other performers are, and always have been, properly classified as independent contractors and paid properly under federal law. The Court has not made any determination as to the merits of Plaintiff's claims or as to Defendants' defenses.

- The Court has conditionally certified an opt-in collective action that you may choose to join. The Court has not decided whether Defendants did anything wrong. There is no

money available now, and there is no guarantee there will be. However, your legal rights are affected, and you have choices to make now that are explained in this Notice.

- **To participate in this collective action, you must mail the enclosed CONSENT TO JOIN FLSA COLLECTIVE form below so it is postmarked by [*insert date 60 days from postmark date*].**

## I. Basic Information

This Notice is to inform you about a lawsuit in which you may make a claim under federal law for minimum wages for all hours worked and all tips earned. This Notice advises you of how your rights may be affected by this suit, and to describe how you can participate in these proceedings. Your rights may be affected if you performed on Streamate in the State of Florida at any time since January 16, 2022. Defendants deny any money is owed.

## II. Summary of the Case

This lawsuit was filed against Defendants on April 30 2024. Plaintiff alleges that Defendants improperly classified performers as independent contractors, as opposed to employees, and consequently failed to pay performers the federal minimum wage owed to employees for all hours worked in violation of the Fair Labor Standards Act ("FLSA"). Plaintiff also alleges that Defendants unlawfully retain a portion of "Gold" payments that were given to a performer as a tip. It is Plaintiff's position that Defendants should have paid performers for all hours worked on Streamate including time in the "free chat," and that their tips are the property of the performers.

Defendants deny Plaintiff's allegations and deny that Plaintiff and the persons she seeks to represent are entitled to any relief. Defendants contend that all performers were compensated properly and were classified correctly as independent contractors rather than employees and all payments legally owed to performers have been made to performers in accordance with the terms of the agreements that performers sign.

The lawsuit is pending in the U.S. District Court for the Middle District of Florida and the Honorable Sean P. Flynn is assigned to the case.

## III. The Court Has Conditionally Certified a "Collective" In Which You May Participate

If you performed on Streamate at any time since January 16, 2022 through [*insert date 60 days from postmark date*], you may wish to participate in the FLSA Collective by joining this lawsuit.

> **To participate in the FLSA Collective, you must complete, sign and mail the CONSENT TO JOIN FLSA COLLECTIVE form enclosed with this Notice so that it is postmarked on or before [*insert date 60 days from postmark date*].**

Because the liability period for your claim depends on the filing of your Consent to Join form below, you are encouraged to return it as soon as possible if you intend to participate. If you do not return the form so that it is postmarked by *insert date 60 days from postmark date*], you will not be able to seek FLSA wage damages in this lawsuit.

2

If you participate in this lawsuit by completing the Consent to Join, you may be entitled to an award of damages only if the Court determines that Defendants violated rights under the law.

If you do not participate, you do not need to take any action. Not participating in the FLSA Collective will not eliminate your right to pursue a possible claim on an individual basis.

**IV.     Defendants May Not Retaliate Against You**

Federal law prohibits Defendants from retaliating against you. Whether you join the lawsuit or not, there will be no impact on your working relationship with Streamate resulting from your decision. If you believe that you have been penalized, discriminated against, or disciplined in any way as a result of your receiving this notification, considering whether to join this lawsuit, or actually joining this lawsuit, you should contact Plaintiffs' Counsel below or the legal counsel of your choice. Defendants participated in the preparation of this Notice and are aware that it is being sent to you.

**V.     The Legal Effect of Joining this Lawsuit**

Your potential ability to recover money may differ depending on what choices you make. If you choose to participate in the FLSA Collective by submitting the enclosed Consent to Join form, you will be bound by the judgment on your federal FLSA claim whether favorable or unfavorable, and by any settlement of the FLSA claims that may later be made by the parties and approved by the Court as fair and reasonable. If there is a favorable resolution, either by settlement or judgment, and you qualify, you will be entitled to some portion of the recovery. While the suit is proceeding, you may be required to provide information and/or testimony. If you are asked to give information, you can be assisted by Plaintiff's counsel listed below at no cost to you.

**VI.     The Legal Effects of Not Joining This Lawsuit**

If you choose not to participate in the FLSA Collective, the statute of limitations for any claim of unpaid compensation that you may have will continue to run and your claim(s) under the FLSA could expire forever. If you do not participate in the FLSA Collective, you will not be bound by any ruling, judgment, award, or settlement, entered in this case, favorable or unfavorable.

**VII.     Legal Representation If You Join the Lawsuit**

The attorneys for Plaintiff and the FLSA Collective ("Plaintiffs' Counsel") are:

Stephanie A. Casey
Florida Bar No. 97483
COLSON HICKS EIDSON, P.A.
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Fax: (305) 476-7444
scasey@colson.com

Charles J. Kocher, Esq.
cjk@njlegal.com
Tyler J. Burrell, Esq.
tjb@njlegal.com
Gaetano J. DiPersia, Esq.
gjd@njlegal.com
McOMBER McOMBER & LUBER P.C.
50 Lake Center Drive, Suite 400
Marlton, NJ 08053
www.njlegal.com
(856) 985-9800 Phone

Plaintiffs' Counsel is being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants the lawyers' request, the fees and expenses would either be deducted from any money obtained for Plaintiffs or paid separately by Defendants. If the Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate.

You have the right to retain your own attorney, but you are not required to do so. If you choose to retain your own attorney, you will have to negotiate your own fee agreement. If you choose to join this lawsuit and do not retain your own attorney, you will be represented by the attorneys listed above.

**VIII.   Additional Information**

The information in this Notice is only a summary of the litigation. For further information about this lawsuit, you may contact the Notice Provider,

Email:

Toll-Free:

Mail:

**Although the Court has authorized the sending of this Notice, the Court expresses no opinion regarding the merits of Plaintiffs' claims or Defendants' liability, if any**.

**Please do not call or contact the Court with questions about this Notice, the lawsuit, or the deadline for filing the attached consent form.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JENNIFER MONDELLO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ICF TECHNOLOGY, INC., ACCRETIVE TECHNOLOGY GROUP, INC.,<br><br>Defendants. | Civil Action No.: 8:24-CV-01037 |

## NOTICE OF CONSENT TO BECOME PARTY PLAINTIFF

I consent pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b), to become a party plaintiff in the above-captioned action. I agree to be represented by McOmber McOmber & Luber, P.C. I understand that I will be bound by the judgment of the Court on all issues in this case, including the fairness of any settlement.

| | |
|---|---|
| **First Initial:** | |
| **Last Initial:** | |
| **Date:** | |

**PLEASE RETURN TO:**

| |
|---|
| Angeion |

5

## **NO INFORMATION INCLUDED BELOW WILL BE FILED WITH THE COURT**

### **PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

**Name:** _____

**Street Address:** _____

**City, State, Zip Code:** _____

**Home Phone:** _____

**Cell Phone:** _____

**Email:** _____

**Social Security Number:** _____**OR Date of Birth:** _____

**Signature:**_____

**Send to:**